AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

GEORGE E. BARTON,

                        Plaintiff,

             v.

GAYLOR WALKER, et al.,

                        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-281-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Mr. Barton's Complaint is dismissed due to this Court's lack of jurisdiction over his conversion claim.

September 18, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson